| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) Boyle, Terrence W. | **2. Court or Organization** Eastern District of North Carolina | **3. Date of Report** 05/05/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Court Judge Active | **5a. Report Type** (check appropriate type) ☐ Nomination   Date ☐ Initial   ✔ Annual   ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

PO Box 306
306 E. Main St.
Elizabeth City, NC 27907-0306

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Arrowsmith-Boyle Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W. | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Farm crops (no crop income in 2019) | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (artist) (see Part VIII) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W. | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boyle, Terrence W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Coin collection | None | | J | T | | | | | |
| 2.  Brokerage Account #2 (H) | | | | | | | | | |
| 3.  -Fidelity Mutual Global Discovery Fund Cl C (see Part VIII) | A | Dividend | J | T | | | | | |
| 4.  -Fidelity Mutual Global Discovery Fund Cl A (see Part VIII) | A | Dividend | J | T | | | | | |
| 5.  -Cash in BB&T Investment brokerage account | A | Interest | K | T | | | | | |
| 6.  Prudential Insurance - Universal whole life policy | A | Interest | K | T | | | | | |
| 7.  RTP Federal Credit Union (deposit account) | A | Interest | J | T | | | | | |
| 8.  Truist Bank (FKA BB&T) deposit accounts | D | Interest | O | T | | | | | |
| 9.  Wells Fargo Bank (deposit account) | A | Interest | M | T | | | | | |
| 10.  Arrowsmith-Boyle Family Trust (assets held in brokerage account) (H) | | | | | | | | | |
| 11.  -Home Depot Inc (X) | A | Dividend | | | Sold | 05/17/19 | K | A | |
| 12.  -Eaton Vance Tax Managed Growth Fund 1.1 Class A (X) | A | Dividend | | | Sold | 05/17/19 | O | A | |
| 13.  -Aberdeen Fds Emerging Markets Fund Institutional Class I | A | Dividend | K | T | Buy | 05/20/19 | L | | |
| 14. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 15. | | | | | Sold (part) | 08/28/19 | K | A | |
| 16.  -Baird Fds Inc Aggregate Bd Fd Instl Shs Class I | B | Dividend | M | T | Buy | 05/20/19 | M | | |
| 17. | | | | | Sold (part) | 07/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 19. | -Goldman Sachs Tr Finl Square Treas Instrs Fd Instl Cl | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 20. | | | | | | Sold (part) | 05/23/19 | J | A | |
| 21. | | | | | | Sold (part) | 07/12/19 | J | A | |
| 22. | | | | | | Buy (add'l) | 07/24/19 | J | | |
| 23. | | | | | | Sold (part) | 10/11/19 | J | A | |
| 24. | | | | | | Sold (part) | 12/05/19 | J | A | |
| 25. | -Invesco Balanced Risk Commodity Strategy Y | A | Dividend | | | Buy | 05/20/19 | J | | |
| 26. | | | | | | Sold | 07/23/19 | J | A | |
| 27. | -American Funds Washington Mutual Fd F2 | D | Dividend | L | T | Buy | 05/20/19 | L | | |
| 28. | | | | | | Buy (add'l) | 08/28/19 | J | | |
| 29. | -MFS Ser Tr X Emerging Mkts Debt Fd Class I | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 30. | -Metropolitan West Fds Total Return Bd Fd Cl I | B | Dividend | M | T | Buy | 05/20/19 | L | | |
| 31. | | | | | | Buy (add'l) | 08/28/19 | J | | |
| 32. | | | | | | Buy (add'l) | 12/05/19 | J | | |
| 33. | -Principal Global Real Estate Securities Fund Institutional Class Shs | A | Dividend | | | Buy | 05/20/19 | J | | |
| 34. | | | | | | Sold | 07/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boyle, Terrence W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -JP Morgan Tr I Small Cap Equity Fund JP Morgan S/C Equity I | B | Dividend | L | T | Buy | 05/20/19 | K | | |
| 36. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 37. -T Rowe Price Intl Fd Overseas Stk Fd | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 38. -T Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | Buy | 05/20/19 | L | | |
| 39. -Touchstone Fds Group Tr Mid Cap Fund Institutional Class | B | Dividend | L | T | Buy | 05/20/19 | L | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boyle, Terrence W.** | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Positions - On March 8, 2019, the Arrowsmith-Boyle Family Trust was formed as a grantor trust with the filer as grantor and trustee. Assets forming the trust are reported in Part VII and were received via an exempt family gift.

Part III-B. - Non-Investment Income (spouse) - Spouse's business activities as a self-employed artist have been active off & on for several years. The business was active during 2019.

Part VII, Lines 3 & 4 - Starting in 2018, Class C shares held for 10 years or more are being automatically converted to Class A shares on a monthly basis.

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, Terrence W. | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terrence W. Boyle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544